JOSEPH STUPAR AND IDA STUPAR v. SAUL N. ISRAEL.

June 25, 1985.

Petition for certification denied.

NEW JERSEY TURNPIKE EMPLOYEES UNION, LOCAL # 194
I.F.P.T.E., AFL–CIO, AND ROBERT PAWLYZYN v. NEW
JERSEY TURNPIKE AUTHORITY.

June 25, 1985.

Petition for certification denied.    (See 200 *N.J.Super.* 48)

IN THE MATTER OF LT. CHARLES STOWMAN, CORRECTIONS
OFFICER, DEPARTMENT OF CORRECTIONS,
LEESBURG STATE PRISON.

June 25, 1985.

Petition for certification denied.

THE STATE OF NEW JERSEY (CITY OF PATERSON) v. ELLIOT
GOLDGERG AND SANDA CORPORATION.

June 25, 1985.

Petition for certification denied.